Dismissed and Memorandum Opinion filed May 7, 2009








Dismissed
and Memorandum Opinion filed May 7, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00365-CV

____________

 

THOMAS BERNARD DOMINGUE, II, Appellant

 

V.

 

KIMBERLY (DOMINGUE) WISE, Appellee

 



 

On Appeal from the
434th District Court

Fort Bend County,
Texas

Trial Court Cause
No. 06-DCV-152008

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 26, 2009.  On April 29, 2009, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Anderson, Guzman, and Boyce.